FEBRUARY 9, 1944

No. 49203.——Protest 842163–G of E. H. Bailey & Co. C. D. 821. Government's application for rehearing denied.

FEBRUARY 15, 1944

No. 49204.—SUIT 4433.— Eurasia Import Co., Inc. v. United States. C. D. 693 affirmed January 3, 1944. C. A. D. 265.

BEFORE THE THIRD DIVISION, FEBRUARY 16, 1944

No. 49205.—Petition 6395–R of Scientific Glass Apparatus Co. (New York).

Opinion by EKWALL, J. The merchandise in question was entered at the invoiced values after an attempt was made to secure information from the appraiser as to any other values. The evidence disclosed that this type of English micro cover glasses was invoiced at prices comparable with prices charged this importer by an American concern for the same type of English glasses; that this was the first purchase made by the importer from a Canadian concern, and that the quantities were not unusually large. The collector appealed to reappraisement. Counsel finally agreed on a statement with prices higher than those as invoiced and entered. The court found that the entry at values below those found on final appraisement was made without intention to defraud the Government or to conceal the facts. The petition was therefore granted.

BEFORE THE FIRST DIVISION, FEBRUARY 17, 1944

No. 49206.—Protest 80927–K of American Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. This case was inadvertently abandoned by counsel and rehearing was granted. In accordance with stipulation of counsel that the atomizers in question are similar in all material respects to those involved in Abstract 44140 the claim at 60 percent under paragraph 218 (f) was sustained.

No. 49207.—Protest 80933–K of American Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. This case was inadvertently abandoned by counsel and rehearing was granted. It was stipulated between counsel that the fur dogs in question are similar in all material respects to those involved in Abstract 41823. In accordance therewith the claim at 50 percent under paragraph 1519 (e) was sustained.